## (January 17, 1961)

■ MANHATTAN SYNDICATE, INC., Appellant, v. HAROLD LILLY, Respondent.— Order entered August 1, 1960, vacating default judgment, unanimously reversed, on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to plaintiff-appellant, and motion denied, with $10 costs, without prejudice to its renewal in a proper county. The directions of subdivisions 1 and 2 of rule 63 of the Rules of Civil Practice requiring that a motion in an action triable in the First Judicial District must be made in that district constitute a procedural mandate, whether or not the Madison County Special Term had jurisdiction; and the objection to "jurisdiction" taken by appellant sufficiently invoked the rule to require either a denial of

the motion on procedural grounds or its transfer to the New York Special Term. A stay of execution of 60 days is granted to allow defendant to renew the motion in accordance with the rule. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.